# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

—————————————————

XAVIER LOVE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1495

—————————————————

June 17, 2026

Appeal from the Circuit Court for Pinellas County; Philippe Matthey, Judge.

Blair Allen, Public Defender, and Richard P. Albertine, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Jonathan P. Hurley, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and LaROSE and MORRIS, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.